FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JESUS ALBERTO FELIX-LOPEZ (1),<br>CARMEN GARCIA (2),<br><br>           Defendants. | Criminal Case No. 08CR2117-BEN<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and<br>960 - Importation of Cocaine;<br>Title 18, U.S.C., Sec. 2 - Aiding<br>and Abetting (Felony) |

The United States Attorney charges:

On or about May 30, 2008, within the Southern District of California, defendants JESUS ALBERTO FELIX-LOPEZ and CARMEN GARCIA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 39.62 kilograms (87.16 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 26, 2008   .

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
6/26/08